**Order entered May 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00188-CV

**EXXONMOBIL PIPELINE COMPANY, ET AL., Appellants**

**V.**

**TRAVIS G. COLEMAN, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-12563**

## ORDER

We **GRANT** appellee's May 7, 2014 motion for an extension of time to file a brief.

Appellee shall file his brief on or before June 3, 2014.


/s/      ADA BROWN
JUSTICE